# In the United States Court of Federal Claims

Case No. 08-221C
(Filed: March 31, 2008)

***********************************************
CAPITOL SUPPLY, INC., *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
***********************************************

## ORDER

This Order confirms the **telephonic Preliminary Status Conference** (on the record) scheduled for **2:30 p.m.**, on Tuesday, **April 1, 2008.** In the event the Preliminary Status Conference is not concluded by 3:30 p.m., it will resume at 10:00 a.m. on Wednesday, April 2, 2008. The Defendant shall initiate the conference call with the Plaintiff, before calling the Judge at (202) 357-6504.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge