# In the United States Court of Federal Claims

Case No. 08-221C
(Filed: April 2, 2008)

**********************************************
CAPITOL SUPPLY, INC., *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**********************************************

## ORDER

The Court held a **telephonic Preliminary Status Conference** (on the record) on **April 1, 2008.** At the outset, the parties agreed there would be no Intervenors in this case and indicated a Protective Order should be entered. The parties shall advise the Court no later than Friday, April 4, 2008, of the nature of the information that should be protected, and the reasons therefore. The Plaintiff confirmed that it is not seeking a Temporary Restraining Order or a Preliminary Injunction. The parties then discussed the issues presented by this bid protest. At the conclusion of the Status Conference, the parties recommended the following schedule for further proceedings:

o The Defendant's Administrative Record shall be filed by April 11, 2008;

o Plaintiff's Motion for Judgment on the Administrative Record shall be filed by April 28, 2008;

o Defendant's Cross Motion for Judgment on the Administrative Record and Response to Plaintiff's Motion for Judgment on the Administrative Record shall be filed by May 12, 2008;

- o Plaintiff's Response to Defendant's Cross Motion and Reply to its Motion shall be filed by May 20, 2008;

- o Defendant's Reply to its Cross Motion shall be filed by May 27, 2008;

- o Parties shall file the Consolidated Statement of Uncontroverted Facts no later than June 3, 2008.

The parties shall submit the GAO decision in this matter in advance of the Administrative Record. The decision can be submitted Under Seal. However, the parties will inform the Court no later than Friday, April 4, 2008, whether the decision should be given continued protection.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge