**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| CAPITOL SUPPLY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-221C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON CD-ROM AND WAIVE ADDITIONAL PAPER COPY**

Defendant, the United States, respectfully requests leave to file the administrative record utilizing a CD-ROM. This case is designated for electronic filing using the Court's CM/ECF system. The administrative record in this case will exceed the four megabyte size limitation applicable to electronic files and the 50-page limitation requiring printed documents. Rules of the United States Court of Federal Claims ("RCFC") General Order 42A ¶ 5, RCFC Appendix E, ¶ 10. In addition, a sealed administrative record may not be filed electronically unless authorized by the Court. RCFC General Order 42A ¶ 7. Counsel for plaintiff has been contacted and plaintiff does not oppose this motion.

The administrative record consists of multiple files containing large spreadsheets and some color documents. The responses to the request

for quotation alone (excluding the rest of the record) comprises over 950 megabytes of information, and cannot conveniently be broken up to meet the file size limit. These materials can most efficiently be delivered to the Court and to the parties on a CD-ROM. This method will provide efficient and easy access to the administrative record by the parties and the Court. Filing on CD-ROM also provides the most efficient and secure method for submission of the administrative record under seal.

For these reasons, defendant respectfully requests that this motion for leave to file on CD-ROM and to waive the additional paper copy be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

April 10, 2008 Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on this 10th day of April, 2008, a copy of the foregoing "UNOPPOSED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON CD-ROM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Department of Justice