# In the United States Court of Federal Claims

**08-221 C**

**Filed: April 14, 2008**

**CAPITOL SUPPLY, INC.,**

**v.**

**THE UNITED STATES**

**ADMINISTRATIVE RECORD**
**(in CD-Rom format)**
**FILED UNDER SEAL**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.