# In the United States Court of Federal Claims

Case No. 08-221C
(Filed: April 14, 2008)

**********************************************
CAPITOL SUPPLY, INC., *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**********************************************

## ORDER

The Defendant's unopposed Motion for Leave to File the Administrative Record on CD-ROM and Waive Additional Paper Copy is hereby GRANTED.

We note, however, that the Government has agreed to provide hard copies of certain materials, to include the Plaintiff's submissions to the procuring agency. A courtesy copy of these items should be delivered to the Plaintiff contemporaneous with the delivery of the Court's copy.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge