**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| CAPITOL SUPPLY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-221C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S CROSS MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD AND RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of three calendar days, to and including May 15, 2008, in which to file its cross motion for judgment upon the administrative record and response to plaintiff's motion for judgment upon the administrative record. Defendant's motion is presently due on May 12, 2008. This is defendant's first request for an enlargement of this deadline. Counsel for the United States has contacted counsel for the plaintiff, and plaintiff's counsel has agreed to this extension.

The additional time requested is necessary to provide adequate time for counsel for the defendant to complete defendant's motion for judgment upon the administrative record. Counsel for the defendant has been in the bid protest hearings this week at the Government Accountability Office for the Protest Of the Boeing Company: Under Request For Proposal No. FA8625-07-R-6470, GAO No. B-311344, etc. Counsel for the defendant was not aware that he was to be required to attend these hearings at the time that the schedule was originally set.

With the consent and agreement of plaintiff's counsel, defendant further respectfully requests that following additional adjustments to the briefing schedule be made: plaintiff's response to defendant's cross motion and reply to its motion shall be filed by May 22, 2008 (presently due on May 20, 2008); defendant's reply to its cross motion shall be filed by May 29, 2008 (presently due on May 27, 2008); and the parties shall file the consolidated statement of uncontroverted facts no later than June 5, 2008 (presently due on June 3, 2008).

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Harold D. Lester, Jr.
by Deborah A. Bynum
HAROLD D. LESTER, JR.
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

May 9, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 9th day of May, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S CROSS MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD AND RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Department of Justice