# In the United States Court of Federal Claims

Case No. 08-221C
(Filed: May 12, 2008)

*********************************************
CAPITOL SUPPLY, INC., *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*********************************************

## ORDER

The Defendant's unopposed **Motion for a 3-day Enlargement of Time** to File its Cross Motion for Judgment Upon the Administrative Record and Response to Plaintiff's Motion for Judgment Upon the Administrative Record, filed May 9, 2008, is **GRANTED** as follows:

- Defendant's Cross Motion for Judgment on the Administrative Record and Response to Plaintiff's Motion for Judgment on the Administrative Record shall be filed by **May 15, 2008**;

- Plaintiff's Response to Defendant's Cross Motion and Reply to its Motion shall be filed by **May 22, 2008**;

- Defendant's Reply to its Cross Motion shall be filed by **May 29, 2008**;

- Parties shall file the Consolidated Statement of Uncontroverted Facts no later than **June 5, 2008.**

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge