**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| CAPITOL SUPPLY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-221C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE**
**EXCEL FILE ON CD ROM AND PAPER COPY**
**OF A PORTION OF THE ADMINISTRATIVE RECORD**

Defendant, the United States, respectfully requests leave to file an Excel file on CD-ROM and a paper copy, duplicating an illegible portion of the administrative record. Counsel for plaintiff has been contacted, and plaintiff does not oppose this motion.

In preparing our reply to Capitol's response to our cross-motion, we noticed that a portion of the administrative record had been rendered illegible through the conversion from Excel files to PDF files. See AR 4058-59. Accordingly, we respectfully request leave of Court to file the unconverted Excel file on CD-ROM and a paper copy of this document. This filing merely duplicates a document already filed with this Court (located at pages 4058 through 4059 of the administrative record), in a

more legible format. Capitol possesses a copy of this document from its prior protest before the Government Accountability Office. We believe that this filing will substantially assist the Court in reviewing this documents, which is referenced in our initial cross-motion and our reply.

For these reasons, defendant respectfully requests that this motion for leave to file an Excel file on CD-ROM and a paper copy be granted.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

May 29, 2008 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 29th day of May, 2008, a copy of the foregoing "UNOPPOSED MOTION FOR LEAVE TO FILE EXCEL FILE ON CD ROM AND PAPER COPY OF A PORTION OF THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Department of Justice