# In the United States Court of Federal Claims

Case No. 08-221C
(Filed: June 2, 2008)

**********************************************
CAPITOL SUPPLY, INC., *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**********************************************

## <u>ORDER</u>

The Defendant's unopposed Motion for Leave to File Excel File on CD ROM and Paper Copy of a portion (pages 4058 - 4059) of the Administrative Record filed on May 29, 2008, is hereby **GRANTED**.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge