**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| CAPITOL SUPPLY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-221C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR AN**
**ENLARGEMENT OF TIME TO FILE**
**CONSOLIDATED STATEMENT OF FACT**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of five calendar days, to and including June 10, 2008, in which to file the consolidated statement of fact. The consolidated statement of fact is presently due on June 5, 2008. This is defendant's second request for an enlargement of this deadline.[1] Counsel for the United States has contacted counsel for the plaintiff, and plaintiff's counsel consents to this extension.

---

[1] The prior enlargement was sought in connection with an adjustment in the overall schedule in connection with our cross-motion for judgment upon the administrative record.

The additional time requested is necessary to complete the parties' consolidated statement of fact. The Government has not yet received comments from the plaintiff on the Government's proposed facts, or plaintiff's additional proposed facts. Power outages caused by the June 4, 2008 thunderstorm have further hindered plaintiff's work on these facts. In addition, counsel for the Government is participating in Alternative Dispute Resolution in Advanced Team Concepts v. United States, Fed. Cl. No. 02-197, in Dallas, Texas on June 9, 2008, and will be unavailable that date.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

June 4, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 4th day of June, 2008, a copy of the foregoing "DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO FILE CONSOLIDATED STATEMENT OF FACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Department of Justice