# In the United States Court of Federal Claims

Case No. 08-221C
(Filed: June 5, 2008)

*********************************************
CAPITOL SUPPLY, INC., *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*********************************************

## ORDER

The Defendant's unopposed **Motion for a 5-day Enlargement of Time** to File the Consolidated Statement of Fact, filed June 4, 2008, is **GRANTED.**

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge