# In the United States Court of Federal Claims

Case No. 08-221C
(Filed: June 17, 2008)

************************************************
CAPITOL SUPPLY, INC., *Plaintiff*,

v.

THE UNITED STATES OF AMERICA, *Defendant.*
************************************************

## ORDER

The Court intends to schedule Oral Argument on the parties' Cross-Motions for Judgment on the Administrative Record during the period of July 8-18, 2008, or after Labor Day.

Accordingly, it is ORDERED that the parties agree upon three dates and **notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed oral argument dates no later than June 30, 2008**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m. The oral argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the Plaintiff and the United States must appear in person.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge