# In the United States Court of Federal Claims

Case No. 08-221C
(Filed: July 1, 2008)

**********************************************
CAPITOL SUPPLY, INC., *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**********************************************

## ORDER

This Order confirms **Oral Argument** on the parties' Cross-Motions for Judgment on the Administrative Record is scheduled for **10:00 a.m., on Monday, July 14, 2008**. The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. Counsel for the Plaintiff and the United States will be appearing in person.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge