**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| CAPITOL SUPPLY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-221C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE**

Pursuant to the Court's request at oral argument on July 14, 2008, the Government hereby provides notice to the Court that Julia Seebacher, the member of the price evaluation team whose e-mails are found in the administrative record, see, e.g., AR 3045-46, 3044, and Julia Zick, the member of the price evaluation team referenced in the consolidated statement of fact, see, e.g., Cons. Statement of Facts ¶¶ 48, 49, 51, are the same person.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

July 17, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2008, a copy of the foregoing "DEFENDANT'S NOTICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Department of Justice