**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| CAPITOL SUPPLY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-221C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO**
**CORRECT CLERICAL MISTAKE IN OPINION AND ORDER**

Pursuant to Rule 60(a) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court correct a clerical mistake in its opinion. Plaintiff's counsel represents that plaintiff does not oppose this motion.

Specifically, the list of participants under the caption incorrectly provides that "Joshua D. Harvey and Alan R. Caramella, Department of the Navy, Of Counsel" participated in this matter. Neither individual, nor anyone from the Department of the Navy, assisted in this case. The agency counsel who served as "of counsel" in this matter was Kacie A. Haberly, Senior Assistant General Counsel, General Services Administration.

For the foregoing reasons, defendant respectfully requests that this Court correct this minor clerical mistake in its July 18, 2008 opinion.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Of Counsel:
Kacie A. Haberly
Senior Assistant General Counsel
General Services Administration
Office of General Counsel
1800 F Street NW, Room 4002
Washington, DC 20405

July 22, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of July, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO CORRECT CLERICAL MISTAKE IN OPINION AND ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager