# In the United States Court of Federal Claims

Case No. 08-221C
(Filed: July 24, 2008)

| | |
|---|---|
| CAPITOL SUPPLY, INC., *Plaintiff*, | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

Defendant's unopposed **Motion to Correct Clerical Mistake** in Opinion and Order filed July 22, 2008, is hereby **GRANTED**. A revised Opinion/Order (to be published) **replacing the Navy Of Counsel with Kacie A. Haberly, Senior Assistant General Counsel, General Services Administration**, is attached. The Court apologizes for any inconvenience this has caused the parties.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge