# In the United States Court of Federal Claims

Case No. 08-221C
(Filed: July 30, 2008)

**********************************************
CAPITOL SUPPLY, INC., *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**********************************************

## ORDER

Pursuant to this Court's order at the Oral Argument on July 14, 2008, the Administrative Record is now released from the Protective Order.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge