# In the United States Court of Federal Claims

**No. 08-221 C**

**CAPITOL SUPPLY, INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed July 18, 2008, denying plaintiff's motion for judgment on the administrative record and granting defendant's cross-motion,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant, and the complaint is dismissed.

John S. Buckley
Acting Clerk of Court

**July 31, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.